# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-11463-AMC

MARIA  OLIVERAS

3826 LAWNDALE STREET

PHILADELPHIA, PA 19124

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARIA  OLIVERAS

3826 LAWNDALE STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

TIMOTHY ZEARFOSS ESQ
143-145 LONG LANE

UPPER DARBY, PA 19082-

Date: 5/17/2018

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee